UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOWANNA CARR | CIVIL ACTION |
| VERSUS | NO. 14-2488 |
| SANDERSON FARMS, INC. | SECTION "N" (3) |

**ORDER AND REASONS**

Presently before the Court is the motion for summary judgment (Rec. Doc. 26) filed by Defendant Sanderson Farms, Inc. Having carefully considered the parties' submissions and applicable law, **IT IS ORDERED** that Defendant's motion is **GRANTED** for essentially the reasons stated in its supporting memoranda (Rec. Docs. 26-1 and 39). In short, even assuming, without deciding, that Plaintiff has demonstrated a prima facie case of race and gender discrimination relative to her January 7, 2013 termination, she fails to point to evidence sufficient to support the existence of a triable issue of pretext, as required by Rule 56 of the Federal Rules of Civil Procedure. The same is true relative to the absence of conduct sufficiently severe or pervasive enough to alter the terms of employment, or that Defendant failed to promptly take necessary remedial action, for purposes of establishing a prima facie case of the existence of a hostile work environment. Accordingly, on the evidentiary showing made, **IT IS FURTHER ORDERED** that Plaintiff's claims be and hereby are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of March 2016.

**KURT D. ENGELHARDT**
**United States District Judge**